ALEXANDER BOGDAN*
KELSEY G. HENDERSON (17212)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, #700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
abogdan@foxrothschild.com
kelseyhenderson@foxrothschild.com
*Attorneys for Defendant Essence Tropicana, LLC*

**Pro Hac Attorney for Defendant will comply with LR IA 11-2 within 14 days of first responsive pleading*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JOHN MEGGS, an individual; ACCESS 4 ALL, INC., a Florida not for Profit Corporation,

Plaintiffs,

v.

GALLERIA CENTER, LLC, a Nevada Limited Liability Company, RICOS PIZZA LLC, a Nevada Limited Liability Company, and ESSENCE TROPICANA, LLC, a Nevada Limited Liability Company,

Defendants.

Case No. 2:26-cv-01846-GMN-MDC

**JOINT STIPULATION REGARDING DEFENDANT ESSENCE TROPICANA, LLC'S RESPONSE DEADLINE**

**FIRST REQUEST**

Plaintiffs John Meggs and Access 4 All, Inc. ("Plaintiffs"), by and through their counsel of record, The Mineo Salcedo Law Firm and Iglody Law, and Defendant Essence Tropicana, LLC ("Defendant"), by and through its counsel of record, Fox Rothschild LLP, respectfully submit this Joint Stipulation Regarding Defendant Essence Tropicana's Response Deadline for the Court's approval pursuant to Federal Rule of Civil Procedure 6(b).

/ / /

/ / /

/ / /

/ / /

**IT IS HEREBY STIPULATED** that Defendant Essence Tropicana, LLC shall have until August 17, 2026 to answer, move, or otherwise respond to Plaintiffs' Complaint, filed on June 17, 2026. This is the first stipulation for extension of time to file a responsive pleading. Good cause exists for such an extension, as counsel has only recently been retained in this matter and requires additional time to investigate the allegations in the Complaint and prepare an appropriate response. The parties have so stipulated in good faith and without any intent to delay these proceedings.

**ORDER**

**IT IS SO ORDERED.**

Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED: July 17, 2026

Respectfully Submitted:

**FOX ROTHSCHILD LLP**

/s/ *Kelsey G. Henderson*
ALEXANDER BOGDAN
KELSEY G. HENDERSON
1980 Festival Plaza Drive, Suite 700
Las Vegas, NV 89135

*Attorneys for Defendant Essence Tropicana, LLC*

[Additional signature blocks to follow]

**THE MINEO SALCEDO LAW FIRM**

*/s/ John A. Salcedo*
JOHN A. SALCEDO
FL BAR NO. 14665*
5600 Davie Road
Davie, FL 33314
Telephone: 954-463-8100
*Attorneys for Plaintiffs*

**IGLODY LAW**

*/s/ Lee Iglody*
LEE IGLODY
NEV. BAR NO. 7757
2580 St Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: 702-425-5366
*Attorney for Plaintiffs*